SOPHIA BARKUS, PLAINTIFF-RESPONDENT, v. EMIL J.
    SADLOCH, MAYOR, ETC., *ET AL.*, DEFENDANTS-PETI-
    TIONERS.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Ervan F. Kushner* and *Mr. Theodore R. Ciesla* for
the petitioners.

*Mr. Carmen M. Belli* and *Mr. Frank J. Cuccio* for the
respondent.

October 10, 1955.

JOHN GUZZI, PLAINTIFF-PETITIONER, v. JERSEY CEN-
    TRAL POWER & LIGHT COMPANY, DEFENDANT-RE-
    SPONDENT.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 36 *N. J. Super.* 255.

*Messrs. Parsons, Labrecque, Canzona & Combs* and *Mr.
Robert H. Maida* for the petitioner.

*Messrs. Autenrieth & Rochester* and *Mr. Harry Lane, Jr.,*
for the respondent.